IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

BILLY WAYNE JOHNSON                                                              PLAINTIFF

VS.                                                              CIVIL NO. 3:20-CV-80-NBB-DAS

ANDREW SAUL, COMMISSIONER                                                  DEFENDANT

ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated May 10, 2021, was on that date duly served on the parties; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by either party. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore,

ORDERED:

1. That the Report and Recommendation of the United States Magistrate Judge dated May 10, 2021, be, and it is hereby, approved and adopted, and that the proposed findings of fact and conclusions of law are hereby adopted as the findings of fact and conclusions of law of the Court.

2. The decision of the Commissioner is reversed. The case is remanded for reevaluation of the plaintiff's application and to provide a more thorough analysis of the treatment records documenting the plaintiff's strokes and subsequent rehabilitation.

THIS, the 7th day of July, 2021.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE